UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHLEE WILLIAMS ) | Case Number: 10-2005 |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| MRS ASSOCIATES, INC. ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

I, BRENT F. VULLINGS, ESQUIRE, do hereby certify that I did mail a true and correct copy of the Summons in a Civil Action and the Civil Complaint via regular mail and certified mail, return receipt requested to Defendant, MRS Associates, Inc. on 04/22/10. Said return receipt card was received and signed for by an agent of defendant, "C. Leeds", on 04/26/2010. Said return receipt card is attached hereto as Exhibit "A".

Date: April 28, 2010

/s/ Brent F. Vullings
Brent F. Vullings, Esq.
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Leeds   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 3-26-10 |
| 1. Article Addressed to:<br><br>MRS Associates, Inc.<br>1930 Olney Avenue<br>Cherry Hill, Nj 08003 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7099 3400 0012 8648 4652 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540